UNITED STATES *versus* WILLIAM C. MILLS AND MARGARET MILLS.

JOURNAL ENTRIES: [None]
PAPERS IN FILE (1836–37): (1) Affidavit for bail; (2) precipe for capias; (3) capias and return; (4) declaration; (5) subpoena; (6) precipe for entry of default.
*File No.* 176.

UNITED STATES *versus* NEHEMIAH C. SARGEANT.

JOURNAL ENTRIES: [None]
PAPERS IN FILE (1836–37): (1) Summons and return; (2) declaration; (3) plea of not guilty.
*File No.* 177.

UNITED STATES *versus* NATHANIEL MORELL. . . . .

JOURNAL ENTRIES: (1) June 7, 1836: rule to plead.
PAPERS IN FILE: [None]
*File No.* . . . . .

UNITED STATES *versus* JAMES CHARLES.

JOURNAL ENTRIES: (1) June 25, 1836: discontinued.
PAPERS IN FILE (1834): (1) Precipe for capias; (2) capias, affidavit and order for bail, return.
*File No.* 107.

UNITED STATES *versus* JAMES [ROBINSON], AN ENGLISHMAN.

JOURNAL ENTRIES: (1) June 25, 1836: discontinued.
PAPERS IN FILE (1835–36): (1) Affidavit for bail, order for bail, precipe for capias; (2) capias and return; (3) recognizance.
*File No.* 152.